UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

VERNON STEWART POLK,
     Petitioner,

vs.                                    Case No.:  3:19cv3905/RV/EMT

MARK S. INCH,
     Respondent.

_____/

## ORDER

By my order entered July 20, 2021, the order adopting the report and recommendation and the judgment were set aside.  The petitioner was sent another copy of the report and recommendation and given an additional 14 days to file any objections.  No objections have been filed.

Accordingly, it is **ORDERED**:

1.     The chief magistrate judge's Report and Recommendation (ECF No. 26) is adopted and incorporated by reference in this order.

2.     The petition for writ of habeas corpus (ECF No. 1) is **DENIED**.

3.     A certificate of appealability is **DENIED**.

4.     The clerk of court is directed to enter judgment in accordance with this order and close this case.

**DONE AND ORDERED** this 12th day of August, 2021.

               /s/ *Roger Vinson*
               **ROGER VINSON**
               **SENIOR UNITED STATES DISTRICT JUDGE**